IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01109-WDM-PAC
Consolidated with Civil Action No. 04-WM-1643 (PAC)

MARK A. JOHNS and
LISA JOHNS,

    Plaintiff(s),

v.

GENIE INDUSTRIES, INC., et al.,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
July 12, 2005

    IT IS HEREBY **ORDERED** that Defendant Genie Industries, Inc.'s Withdrawal of Designation of Nonparty at Fault Regarding Robert Bosch Corporation [filed July 12, 2005] is considered to be a motion and is **granted**. Robert Bosch Corporation is no longer designated as a non-party at fault by defendant Genie industries, Inc.