IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-1109-WDM-PAC
(consolidated with Civil Action No. 04-WM-1643 (PAC))

MARK A. JOHNS and LISA JOHNS,

Plaintiffs,

v.

GENIE INDUSTRIES, INC., n/k/a TEREX CORPORATION, a foreign corporation;
UNITED RENTALS, INC., a foreign corporation;
THE BOSCH GROUP a/k/a ROBERT BOSCH CORPORATION;
KELCH CORPORATION; and
BONAR PLASTICS, INC.

Defendants.

---

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

THIS MATTER comes before the Court on an [July 13, 05] UNOPPOSED MOTION TO WITHDRAW filed by PAUL R. FLICK. Finding good cause, the Court hereby grants the Unopposed Motion to Withdraw. Paul R. Flick is hereby permitted to withdraw as counsel of record for United Rentals, Inc. *In the future, please submit proposed orders in Word perfect, not txt format.*

Dated this 14th day of July, 2005.

BY THE COURT:

_____
Honorable Patricia Coan, Magistrate Judge
United States District Court
District of Colorado

00188925