IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01109-WDM-PAC
           Consolidated with Civil Action No. 04-cv-01643-WDM-PAC

MARK A. JOHNS and
LISA JOHNS,

      Plaintiff(s),

v.

GENIE INDUSTRIES, INC., et al.,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Second Stipulated Motion to Amend the Scheduling Order [filed August 9, 2005, Doc. No. 100] is **GRANTED** as follows:

   Plaintiffs shall provide all Rule 26(a)(2) information by **October 15, 2005.**
   Defendants shall provide all Rule 26(a)(2) information by **November 15, 2005.**
   Plaintiffs rebuttal expert Rule 26(a)(2) information shall be provided by **December 1, 2005.**
   All experts shall be deposed by **January 15, 2006.**
   All written discovery shall be served by **December 15, 2005.**
   The discovery cut-off is extended to **January 15, 2006.**
   The dispositive motions deadline is extended to **February 5, 2006.**

      IT IS **FURTHER ORDERED** that the Final Pretrial Conference set for February 10, 2006 is *vacated and reset* to **March 16, 2006 at 9:00 a.m.**, in Courtroom A501.  The proposed Pretrial Order is due on or before **March 13, 2006.**

      ***No further extensions shall be granted.***

      Counsel are to review the Court's Electronic Filing Procedures, Page 15, for instructions regarding filing proposed orders.

Dated:  August 12, 2005