IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-01109-WDM-PAC (consolidated with 04-cv-01643-WDM-PAC)

MARK A. JOHNS AND
LISA JOHNS,

    Plaintiffs,

v.

GENIE IND., INC., et al.,

    Defendants.

## NOTICE OF DISMISSAL OF ROBERT BOSCH CORPORATION

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice of Robert Bosch Corporation in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint as to defendant Robert Bosch Corporation only is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on September 1, 2005.

                                              BY THE COURT:

                                              /s/ Walker D. Miller
                                              United States District Judge

PDF FINAL