IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01109-WDM-PAC

MARK A. JOHNS and LISA JOHNS

      Plaintiffs,

vs.

GENIE INDUSTRIES, INC., n/k/a TEREX CORPORATION, a foreign corporation;
UNITED RENTALS, INC., a foreign corporation,; THE BOSCH GROUP, a/k/a ROBERT
BOSCH CORPORATION; KELCH CORPORATION; and  BONAR PLASTICS, INC.

      Defendants.

_____

## MINUTE ORDER
_____

Order Entered by Magistrate Judge Patricia A. Coan
October 13, 2005

THIS MATTER comes before the Court on plaintiffs' October 12, 2005 THIRD
STIPULATED MOTION TO AMEND THE SCHEDULING ORDER.  Finding no opposition
from any defense counsel and finding good cause, the Court hereby **GRANTS** the Third
Stipulated Motion to Amend the Scheduling Order (Doc. # 108) and **ORDERS** as follows:

1.   Plaintiffs shall provide all Rule 26(a)(2) information by October 31, 2005.
2.   Defendants shall provide all Rule 26(a)(2) information by November 30, 2005.
3.   Plaintiffs' rebuttal expert Rule 26(a)(2) information shall be provided by December 15, 2005.
4.   All experts shall be deposed by January 27, 2006.
5.   All written discovery shall be served by December 15, 2005.
6.   The discovery cut-off is extended to January 27, 2006.
7.   The dispositive motions deadline is extended to February 17, 2006.
8.   **The final pretrial conference set for March 16, 2006 is vacated and reset to May 15, 2006 at 9:00 a.m. in Courtroom A-501.  The proposed final pretrial order is to be submitted no later than May 9, 2006.**