IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01109-WDM-PAC
  Consolidated with Civil Action No. 04-cv-01643-WDM-PAC

MARK A. JOHNS and
LISA JOHNS,

  Plaintiff(s),

v.

GENIE INDUSTRIES, INC., et al.,

  Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
November 15, 2005

  The MATTER before the Court is the FOURTH STIPULATED MOTION TO AMEND THE SCHEDULING ORDER filed November 14, 2005, Doc #. 117.  Finding good cause, the Court hereby GRANTS the Fourth Stipulated Motion to Amend the Scheduling Order and ORDERS as follows:

  1. Defendants shall provide all Rule 26(a)(2) information by December 9, 2005.
  2. Plaintiff's rebuttal expert Rule 26(a)(2) information shall be provided by December 24, 2005.
  3. All other deadlines will be as set forth in the Court's Minute Order dated October 13, 2005.